McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00114-MCE |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| MANUEL GOMEZ CORDERO, JR., | |
| Defendant. | |

On June 21, 2018, defendant Manuel Gomez Cordero, Jr. entered a guilty plea to Count One – Theft of Government Funds in violation of 18 U.S.C. § 641 of the Information.

As part of his plea agreement with the United States, defendant Manuel Gomez Cordero, Jr. agreed to forfeit voluntarily and immediately up to $187,035.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 641, to which he has pled guilty. See Defendant Cordero's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Manuel Gomez Cordero, Jr. in the amount of $187,035.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Manuel Gomez Cordero, Jr.'s conviction for violating 18 U.S.C. § 6411 (Count One). Said amount

reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: 10/24/2018

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin C, Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Manuel Gomez Cordero, Jr. in the amount of $187,035.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: October 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE